AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rudolph Eady | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-414 |
| v. | |
| Superintendent Roy A. Girdich | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is denied. Further, a certificate of appealability is denied and leave to appeal in forma pauperis is also denied.

Date: September 1, 2005            RODNEY C. EARLY,
                                   CLERK

                                   By:   s/Deborah M. Zeeb
                                         Deputy Clerk